UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
LEVELLE MING,

                           Plaintiff,                  ORDER

                    -against-                  10-CV-4463 (JG)(RLM)

BRIDGE SECURITY SERVICES,

                           Defendant.
-----------------------------------------------------------------x

ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:

On September 27, 2010, plaintiff, proceeding *pro se*, filed the instant *in forma pauperis* complaint alleging employment discrimination. Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. 1915 is hereby granted. The United States Marshals Service is directed to serve the summons and complaint upon the defendant without prepayment of fees.

      SO ORDERED.

Dated:    Brooklyn, New York
            September 30, 2010

                                      /S/

                              ROANNE L. MANN
                              UNITED STATES MAGISTRATE JUDGE